UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MAURICE JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>CONNIE GIPSON,<br><br>Respondent. | No. 2:21-cv-0971 KJM AC P<br><br><br><br>ORDER |

Petitioner has requested a thirty-day extension of time to file a traverse. ECF No. 18. In support of the motion, petitioner states in part that the record that has been supplied by respondent is voluminous and that he has limited access to the legal materials needed to make his arguments in the pleading.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time to file a traverse in this action (ECF No. 18) is GRANTED, and

2. The traverse shall be filed within thirty days from the date of this order.

DATED: November 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE