UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MAURICE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON,<br><br>　　　　Defendant. | No.  2:21-cv-00971 KJM AC<br><br><br>ORDER |

　　　　Plaintiff has filed his second request for an extension of time to file objections to the Findings and Recommendations issued on August 18, 2023.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

　　　　IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's motion for an extension of time (ECF No. 30) is granted; and

　　　　2.  Plaintiff is granted thirty days from the date of this order in which to file any objections to the pending Findings and Recommendations.  **No further extensions of time will be granted**.

DATED: October 26, 2023

　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_　　　　　　　　　
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1